J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

M. Stephen Cho (SBN 218430)
Carlo C. Ignacio (SBN 259608)
cignacio@cscilaw.com
Cho Sheasby Chung & Ignacio, LLP
10535 Foothill Boulevard, Suite 460
Rancho Cucamonga, California 91730
Telephone:   (909) 581-1445
Facsimile:    (909) 581-1332

Attorney for Defendant Said Almoradi,
an individual and d/b/a Amazon.com
Seller Best Deal$

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV13-241 VAP (OPx) |
| Plaintiff, | [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Said Almoradi, an individual and d/b/a Amazon.com Seller Best Deal$, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by PLAINTIFF Warner Bros. Home Entertainment Inc. ("Plaintiff"), by and through its counsel of record, Annie S. Wang, of J. Andrew Coombs, A P.C., and Defendant Said Almoradi,

an individual and d/b/a Amazon.com Seller Best Deal$ ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)    This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)    Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)    Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)    Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)    Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: October 09, 2013

_____
Hon. Virginia A. Phillips
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros.
Home Entertainment Inc.

Cho Sheasby Chung & Ignacio, LLP

By: _____
        M. Stephen Cho
        Carlo C. Ignacio
Attorney for Defendant Said Almoradi,
an individual and d/b/a Amazon.com
Seller Best Deal$

# EXHIBIT A
## COPYRIGHT REGISTRATIONS

| REG NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 922-931 | AMERICAN HISTORY X | New Line Productions, Inc. ("New Line") |
| PA 1-303-939 | A HISTORY OF VIOLENCE | New Line |
| PA 665-213 | TRUE ROMANCE | Morgan Creek Productions, Inc. (employer for hire) |
| PA 762-637 | ASSASSINS | Warner Brothers, a division of Time Warner Entertainment Company, LP |
| PA 291-702 | COBRA | Warner Brothers, Inc. |
| PA 735-980 | THE SPECIALIST | Warner Brothers, a division of Time Warner Entertainment Company, LP |
| PA 1-065-861 | BAND OF BROTHERS: Currahee | Home Box Office, Inc. ("HBO") |
| PA 1-065-857 | BAND OF BROTHERS: Day Of Days | HBO |
| PA 1-065-856 | BAND OF BROTHERS: Carentan | HBO |
| PA 1-065-860 | BAND OF BROTHERS: Replacements | HBO |
| PA 1-065-854 | BAND OF BROTHERS: Crossroads | HBO |
| PA 1-065-859 | BAND OF BROTHERS: Bastogne | HBO |
| PA 1-057-373 | BAND OF BROTHERS: The Breaking Point | HBO |
| PA 1-057-372 | BAND OF BROTHERS: The Last Patrol | HBO |
| PA 1-057-371 | BAND OF BROTHERS: Why We Fight | HBO |
| PA 1-065-863 | BAND OF BROTHERS: Points | HBO |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |

| | | |
|---|---|---|
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| PA 1-704-792 | FRINGE: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-704-723 | FRINGE: The Same Old Story | WBEI |
| PA 1-704-735 | FRINGE: The Ghost Network | WBEI |
| PA 1-704-731 | FRINGE: The Arrival | WBEI |
| PA 1-704-789 | FRINGE: Power Hungry | WBEI |
| PA 1-704-718 | FRINGE: The Cure | WBEI |
| PA 1-704-720 | FRINGE: In Which We Meet Mr. Jones | WBEI |
| PA 1-704-716 | FRINGE: The Equation | WBEI |
| PA 1-704-712 | FRINGE: The DreamScape | WBEI |
| PA 1-704-709 | FRINGE: Safe | WBEI |
| PA 1-704-727 | FRINGE: Bound | WBEI |
| PA 1-704-705 | FRINGE: The No-Brainer | WBEI |
| PA 1-704-739 | FRINGE: The Transformation | WBEI |
| PA 1-704-698 | FRINGE: Ability | WBEI |
| PA 1-704-703 | FRINGE: Inner Child | WBEI |
| PA 1-704-688 | FRINGE: Unleashed | WBEI |
| PA 1-704-695 | FRINGE: Bad Dreams | WBEI |
| PA 1-704-686 | FRINGE: Midnight | WBEI |
| PA 1-705-943 | FRINGE: The Road Not Taken | WBEI |
| PA 1-704-691 | FRINGE: There's More Than One Of Everything | WBEI |
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |
| PA 1-799-846 | FRINGE: Immortality | WBEI |
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |
| PA 1-799-980 | FRINGE: Stowaway | WBEI |
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |

| | | |
|---|---|---|
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |
| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
| PA 1-079-288 | GILMORE GIRLS: Pilot | WBEI |
| PA 1-079-294 | GILMORE GIRLS: The Break Up – Part 2 | WBEI |
| PA 1-079-300 | GILMORE GIRLS: Christopher Returns | WBEI |
| PA 1-079-296 | GILMORE GIRLS: Cinnamon's Wake | WBEI |
| PA 1-079-301 | GILMORE GIRLS: Concert Interruptus | WBEI |
| PA 1-079-284 | GILMORE GIRLS: The Deer Hunters | WBEI |
| PA 1-079-298 | GILMORE GIRLS:: Double Date | WBEI |
| PA 1-079-293 | GILMORE GIRLS: Emily In Wonderland | WBEI |
| PA 1-079-286 | GILMORE GIRLS: Forgiveness And Stuff | WBEI |
| PA 1-079-299 | GILMORE GIRLS: Kill Me Now | WBEI |
| PA 1-079-302 | GILMORE GIRLS: Kiss And Tell | WBEI |
| PA 1-079-291 | GILMORE GIRLS: The Lorelais' First Day At Chilton | WBEI |
| PA 1-079-297 | GILMORE GIRLS: Love And War and Snow | WBEI |
| PA 1-079-290 | GILMORE GIRLS: Love, Daisies, And Troubadors | WBEI |
| PA 1-079-282 | GILMORE GIRLS:: Paris Is Burning | WBEI |
| PA 1-079-289 | GILMORE GIRLS: P.S. I Lo… | WBEI |
| PA 1-079-283 | GILMORE GIRLS: Rory's Birthday Parties | WBEI |
| PA 1-079-295 | GILMORE GIRLS: Rory's Dance | WBEI |
| PA 1-079-285 | GILMORE GIRLS: Star Crossed Lovers And Other Strangers | WBEI |
| PA 1-079-287 | GILMORE GIRLS: That Damn Donna Reed | WBEI |
| PA 1-079-292 | GILMORE GIRLS: The Third Lorelai | WBEI |
| PA 1-588-516 | GILMORE GIRLS: Ballrooms And Biscotti | WBEI |
| PA 1-588-522 | GILMORE GIRLS: The Lorelais' First Day At Yale | WBEI |
| PA 1-588-520 | GILMORE GIRLS: The Hobbit, The Sofa & Digger Stiles | WBEI |
| PA 1-588-518 | GILMORE GIRLS: Chicken Or Beef? | WBEI |
| PA 1-588-524 | GILMORE GIRLS: The Fundamental Things Apply | WBEI |
| PA 1-588-525 | GILMORE GIRLS: An Affair To Remember | WBEI |
| PA 1-588-526 | GILMORE GIRLS: The Festival Of Living Art | WBEI |
| PA 1-588-528 | GILMORE GIRLS: Die, Jerk | WBEI |
| PA 1-588-529 | GILMORE GIRLS: Ted Koppel's Big Night Out | WBEI |
| PA 1-588-531 | GILMORE GIRLS: The Nanny And The Professor | WBEI |
| PA 1-588-527 | GILMORE GIRLS: In The Clamor And The Clangor | WBEI |
| PA 1-588-517 | GILMORE GIRLS: A Family Matter | WBEI |
| PA 1-588-504 | GILMORE GIRLS: Nag Hammadi Is Where They Found The Gnostic Gospel | WBEI |
| PA 1-588-515 | GILMORE GIRLS: The Incredible Sinking Lorelais | WBEI |
| PA 1-588-512 | GILMORE GIRLS: Scene In A Mall | WBEI |
| PA 1-588-508 | GILMORE GIRLS: The Reigning Lorelai | WBEI |
| PA 1-588-505 | GILMORE GIRLS: Girls In Bikinis, Boys Doin' The Twist | WBEI |

| | | |
|---|---|---|
| PA 1-588-513 | GILMORE GIRLS: Tick, Tick, Tick, Boom! | WBEI |
| PA 1-588-506 | GILMORE GIRLS: Afterboom | WBEI |
| PA 1-588-530 | GILMORE GIRLS: Luke Can See Her Face | WBEI |
| PA 1-588-509 | GILMORE GIRLS: Last Week Fights, This Week Tights | WBEI |
| PA 1-588-507 | GILMORE GIRLS: Raincoats And Recipes | WBEI |
| PA 1-660-845 | GILMORE GIRLS: Say Goodbye To Daisy Miller | WBEI |
| PA 1-660-849 | GILMORE GIRLS: A Messenger, Nothing More | WBEI |
| PA 1-660-839 | GILMORE GIRLS: Written In The Stars | WBEI |
| PA 1-660-836 | GILMORE GIRLS: Tippecanoe And Taylor, Too | WBEI |
| PA 1-660-835 | GILMORE GIRLS: We Got Us A Pippi Virgin | WBEI |
| PA 1-660-834 | GILMORE GIRLS: Norman Mailer, I'm Pregnant! | WBEI |
| PA 1-660-843 | GILMORE GIRLS: You Jump, I Jump, Jack | WBEI |
| PA 1-660-842 | GILMORE GIRLS: The Party's Over | WBEI |
| PA 1-660-841 | GILMORE GIRLS: Emily Says 'Hello' | WBEI |
| PA 1-660-821 | GILMORE GIRLS: But Not As Cute As Pushkin | WBEI |
| PA 1-660-848 | GILMORE GIRLS: Women Of Questionable Morals | WBEI |
| PA 1-660-851 | GILMORE GIRLS: Come Home | WBEI |
| PA 1-660-838 | GILMORE GIRLS: Wedding Bell Blues | WBEI |
| PA 1-661-420 | GILMORE GIRLS: Say Something | WBEI |
| PA 1-660-829 | GILMORE GIRLS: Jews And Chinese Food | WBEI |
| PA 1-660-840 | GILMORE GIRLS: So… Good Talk | WBEI |
| PA 1-660-819 | GILMORE GIRLS: Pulp Friction | WBEI |
| PA 1-660-818 | GILMORE GIRLS: To Live And Let Diorama | WBEI |
| PA 1-660-833 | GILMORE GIRLS: But I'm A Gilmore! | WBEI |
| PA 1-660-831 | GILMORE GIRLS: How Many Kropogs To Cape Cod? | WBEI |
| PA 1-660-815 | GILMORE GIRLS: Blame Booze And Melville | WBEI |
| PA 1-660-830 | GILMORE GIRLS: A House Is Not A Home | WBEI |
| PA 1-660-686 | GILMORE GIRLS: New And Improved Lorelai | WBEI |
| PA 1-660-69 | GILMORE GIRLS: Fight Face | WBEI |
| PA 1-661-417 | GILMORE GIRLS: The UnGraduate | WBEI |
| PA 1-660-630 | GILMORE GIRLS: Always A God Mother, Never A God | WBEI |
| PA 1-660-634 | GILMORE GIRLS: We've Got Magic To Do | WBEI |
| PA 1-660-633 | GILMORE GIRLS: Welcome To The Dollhouse | WBEI |
| PA 1-660-682 | GILMORE GIRLS: Twenty-One Is The Loneliest Number | WBEI |
| PA 1-660-600 | GILMORE GIRLS: Let Me Hear Your Balalaikas Ringing Out | WBEI |
| PA 1-660-684 | GILMORE GIRLS: The Prodigal Daughter Returns | WBEI |
| PA 1-660-677 | GILMORE GIRLS: He's Slippin' 'Em Bread… Dig? | WBEI |
| PA 1-661-454 | GILMORE GIRLS: The Perfect Dress | WBEI |
| PA 1-660-678 | GILMORE GIRLS: Just Like Gwen And Gavin | WBEI |
| PA 1-661-456 | GILMORE GIRLS: Friday Night's Alright For Fighting | WBEI |
| PA 1-660-675 | GILMORE GIRLS: You've Been Gilmored | WBEI |
| PA 1-660-664 | GILMORE GIRLS: A Vineyard Valentine | WBEI |

| | | |
|---|---|---|
| PA 1-663-262 | GILMORE GIRLS: Bridesmaids Revisited | WBEI |
| PA 1-660-695 | GILMORE GIRLS: I'm OK, You're OK | WBEI |
| PA 1-663-266 | GILMORE GIRLS: The Real Paul Anka | WBEI |
| PA 1-667-590 | GILMORE GIRLS: I Get A Sidekick Out Of You | WBEI |
| PA 1-660-669 | GILMORE GIRLS: Super Cool Party People | WBEI |
| PA 1-661-161 | GILMORE GIRLS: Driving Miss Gilmore | WBEI |
| PA 1-660-665 | GILMORE GIRLS: Partings | WBEI |
| | GILMORE GIRLS: Season Seven | WBEI |
| PA 1-661-164 | GILMORE GIRLS: The Long Morrow | WBEI |
| PA 1-661-163 | GILMORE GIRLS: That's What You Get, Folks, For Makin' Whoopee | WBEI |
| PA 1-661-168 | GILMORE GIRLS: Lorelai's First Cotillion | WBEI |
| PA 1-661-169 | GILMORE GIRLS: 'S Wonderful, 'S Marvelous | WBEI |
| PA 1-667-587 | GILMORE GIRLS: The Great Stink | WBEI |
| PA 1-661-158 | GILMORE GIRLS: Go, Bulldogs! | WBEI |
| PA 1-661-159 | GILMORE GIRLS: French Twist | WBEI |
| PA 1-661-156 | GILMORE GIRLS: Introducing Lorelai Planetarium | WBEI |
| PA 1-661-058 | GILMORE GIRLS: Knit, People, Knit! | WBEI |
| PA 1-661-056 | GILMORE GIRLS: Merry Fisticuffs | WBEI |
| PA 1-661-053 | GILMORE GIRLS: Santa's Secret Stuff | WBEI |
| PA 1-661-052 | GILMORE GIRLS: To Whom It May Concern | WBEI |
| PA 1-661-167 | GILMORE GIRLS: I'd Rather Be In Philadelphia | WBEI |
| PA 1-661-043 | GILMORE GIRLS: Farewell, My Pet | WBEI |
| PA 1-661-047 | GILMORE GIRLS: I'm A Kayak, Hear Me Roar | WBEI |
| PA 1-661-050 | GILMORE GIRLS: Will You Be My Lorelai Gilmore? | WBEI |
| PA 1-661-165 | GILMORE GIRLS: Gilmore Girls Only | WBEI |
| PA 1-661-162 | GILMORE GIRLS: Hay Bale Maze | WBEI |
| PA 1-783-498 | GILMORE GIRLS: It's Just Like Riding A Bike | WBEI |
| PA 1-661-160 | GILMORE GIRLS: Lorelai? Lorelai? | WBEI |
| PA 1-661-166 | GILMORE GIRLS: Unto The Breach | WBEI |
| PA 1-661-154 | GILMORE GIRLS: Bon Voyage | WBEI |
| PA 1-622-014 | SUPERNATURAL: Pilot | WBEI |
| PA 1-622-006 | SUPERNATURAL: Wendigo | WBEI |
| PA 1-622-010 | SUPERNATURAL: Dead In The Water | WBEI |
| PA 1-622-003 | SUPERNATURAL: Phantom Traveler | WBEI |
| PA 1-622-012 | SUPERNATURAL: Bloody Mary | WBEI |
| PA 1-622-004 | SUPERNATURAL: Skin | WBEI |
| PA 1-622-007 | SUPERNATURAL: HookMan | WBEI |
| PA 1-621-991 | SUPERNATURAL: Bugs | WBEI |
| PA 1-622-002 | SUPERNATURAL: Home | WBEI |
| PA 1-622-000 | SUPERNATURAL: Asylum | WBEI |
| PA 1-621-996 | SUPERNATURAL: Scarecrow | WBEI |
| PA 1-621-999 | SUPERNATURAL: Faith | WBEI |
| PA 1-621-998 | SUPERNATURAL: Route 666 | WBEI |
| PA 1-621-997 | SUPERNATURAL: Nightmare | WBEI |

| PA 1-621-993 | SUPERNATURAL: The Benders | WBEI |
|---|---|---|
| PA 1-622-015 | SUPERNATURAL: Shadow | WBEI |
| PA 1-621-992 | SUPERNATURAL: Hell House | WBEI |
| PA 1-622-005 | SUPERNATURAL: Something Wicked | WBEI |
| PA 1-621-990 | SUPERNATURAL: Provenance | WBEI |
| PA 1-622-009 | SUPERNATURAL: Dead Man's Blood | WBEI |
| PA 1-622-011 | SUPERNATURAL: Salvation | WBEI |
| PA 1-622-017 | SUPERNATURAL: Devil's Trap | WBEI |
| PA 1-826-616 | SUPERNATURAL: In My Time of Dying | WBEI |
| PA 1-826-880 | SUPERNATURAL: Everybody Loves a Clown | WBEI |
| PA 1-826-882 | SUPERNATURAL: Bloodlust | WBEI |
| PA 1-826-884 | SUPERNATURAL: Children Shouldn't Play with Dead Things | WBEI |
| PA 1-826-878 | SUPERNATURAL: Simon Said | WBEI |
| PA 1-826-875 | SUPERNATURAL: No Exit | WBEI |
| PA 1-826-520 | SUPERNATURAL: The Usual Suspects | WBEI |
| PA 1-826-522 | SUPERNATURAL: Crossroad Blues | WBEI |
| PA 1-826-514 | SUPERNATURAL: Croatoan | WBEI |
| PA 1-826-519 | SUPERNATURAL: Hunted | WBEI |
| PA 1-826-524 | SUPERNATURAL: Playthings | WBEI |
| PA 1-826-528 | SUPERNATURAL: Nightshifter | WBEI |
| PA 1-826-874 | SUPERNATURAL: Houses of the Holy | WBEI |
| PA 1-826-618 | SUPERNATURAL: Born Under a Bad Sign | WBEI |
| PA 1-826-879 | SUPERNATURAL: Tall Tales | WBEI |
| PA 1-826-873 | SUPERNATURAL: Roadkill | WBEI |
| PA 1-826-617 | SUPERNATURAL: Heart | WBEI |
| PA 1-826-619 | SUPERNATURAL: Hollywood Babylon | WBEI |
| PA 1-826-615 | SUPERNATURAL: Folsom Prison Blues | WBEI |
| PA 1-826-883 | SUPERNATURAL: What Is and What Never Should Be | WBEI |
| PA 1-826-877 | SUPERNATURAL: All Hell Breaks Loose: Part 1 | WBEI |
| PA 1-826-881 | SUPERNATURAL: All Hell Breaks Loose: Part 2 | WBEI |
| PA 1-826-583 | SUPERNATURAL: The Magnificent Seven | WBEI |
| PA 1-826-592 | SUPERNATURAL: The Kids are Alright | WBEI |
| PA 1-826-564 | SUPERNATURAL: Bad Day at Black Rock | WBEI |
| PA 1-826-590 | SUPERNATURAL: Sin City | WBEI |
| PA 1-826-561 | SUPERNATURAL: Bedtime Stories | WBEI |
| PA 1-826-569 | SUPERNATURAL: Red Sky at Morning | WBEI |
| PA 1-826-585 | SUPERNATURAL: Fresh Blood | WBEI |
| PA 1-826-594 | SUPERNATURAL: A Very Supernatural Christmas | WBEI |
| PA 1-826-581 | SUPERNATURAL: Malleus Maleficarum | WBEI |
| PA 1-826-558 | SUPERNATURAL: Dream A Little Dream of Me | WBEI |
| PA 1-826-593 | SUPERNATURAL: Mystery Spot | WBEI |
| PA 1-826-566 | SUPERNATURAL: Jus in Bello | WBEI |
| PA 1-826-591 | SUPERNATURAL: Ghostfacers | WBEI |
| PA 1-826-586 | SUPERNATURAL: Long-Distance Call | WBEI |

| | | |
|---|---|---|
| PA 1-609-132 | SUPERNATURAL: Time is on My Side | WBEI |
| PA 1-826-589 | SUPERNATURAL: No Rest for the Wicked | WBEI |
| PA 1-826-852 | SUPERNATURAL: Lazarus Rising | WBEI |
| PA 1-826-826 | SUPERNATURAL: Are You There, God? It's Me, Dean Winchester | WBEI |
| PA 1-840-612 | SUPERNATURAL: In the Beginning | WBEI |
| PA 1-826-858 | SUPERNATURAL: Metamorphosis | WBEI |
| PA 1-827-706 | SUPERNATURAL: Monster Movie | WBEI |
| PA 1-826-822 | SUPERNATURAL: Yello Fever | WBEI |
| PA 1-826-847 | SUPERNATURAL: It's the Great Pumpkin, Sam Winchester | WBEI |
| PA 1-840-630 | SUPERNATURAL: Wishful Thinking | WBEI |
| PA 1-826-821 | SUPERNATURAL: I Know What You Did Last Summer | WBEI |
| PA 1-826-841 | SUPERNATURAL: Heaven and Hell | WBEI |
| PA 1-840-651 | SUPERNATURAL: Family Remains | WBEI |
| PA 1-840-609 | SUPERNATURAL: Criss Angel Is a Douche Bag | WBEI |
| PA 1-826-818 | SUPERNATURAL: After School Special | WBEI |
| PA 1-826-849 | SUPERNATURAL: Sex and Violence | WBEI |
| PA 1-826-820 | SUPERNATURAL: Death Takes a Holiday | WBEI |
| PA 1-826-848 | SUPERNATURAL: On the Head of a Pin | WBEI |
| PA 1-826-863 | SUPERNATURAL: It's a Terrible Life | WBEI |
| PA 1-840-622 | SUPERNATURAL: The Monster at the End of This Book | WBEI |
| PA 1-840-649 | SUPERNATURAL: Jump the Shark | WBEI |
| PA 1-826-862 | SUPERNATURAL: The Rapture | WBEI |
| PA 1-840-646 | SUPERNATURAL: When the Levee Breaks | WBEI |
| PA 1-826-855 | SUPERNATURAL: Lucifer Rising | WBEI |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |

| | | |
|---|---|---|
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck | WBEI |

| | | Deficiency | |
|---|---|---|---|
| | PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| | PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| | PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| | PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| | PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| | PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| | PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| | PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| | PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| | PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| | PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| | PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| | PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| | PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| | PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| | PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| | PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| | PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| | PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| | PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| | PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| | PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| | PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| | PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| | PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| | PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| | PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| | PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| | PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| | PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| | PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| | PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| | PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| | PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| | PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |

| | | |
|---|---|---|
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-107-745 | THE LORD OF THE RINGS: The Fellowship of the Ring | New Line |
| PA 1-201-547 | THE LORD OF THE RINGS: The Return of the King | Lord Dritte Productions Deutschland Filmproduktion, |

| | | |
|---|---|---|
| | | GmbH & Co. KG & New Line Productions, Inc. |
| PA 1-119-134 | THE LORD OF THE RINGS: The Two Towers | Lord Zweite Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc. |
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO and Samax, Inc. ("Samax") |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | HBO/Samax |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO/Samax |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO/Samax |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO/Samax |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO/Samax |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO/Samax |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO/Samax |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO/Samax |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO/Samax |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO/Samax |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO/Samax |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO/Samax |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO/Samax |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO/Samax |

| | | |
|---|---|---|
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO/Samax |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO/Samax |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO/Samax |
| PA 1-021-955 | SOPRANOS, THE: University | HBO/Samax |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO/Samax |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO/Samax |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO/Samax |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO/Samax |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO/Samax |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO/Samax |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO/Samax |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO/Samax |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO/Samax |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO/Samax |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO/Samax |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO/Samax |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO/Samax |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO/Samax |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO/Samax |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO/Samax |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO/Samax |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO/Samax |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO/Samax |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO/Samax |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO/Samax |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO/Samax |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO/Samax |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO/Samax |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO/Samax |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO/Samax |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO/Samax |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO/Samax |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO/Samax |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO/Samax |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO/Samax |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO/Samax |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO/Samax |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO/Samax |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO/Samax |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO/Samax |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO/Samax |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO/Samax |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO/Samax |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO/Samax |

| | | |
|---|---|---|
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO/Samax |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO/Samax |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO/Samax |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO/Samax |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO/Samax |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO/Samax |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO/Samax |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO/Samax |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO/Samax |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO/Samax |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO/Samax |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO/Samax |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO/Samax |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO/Samax |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI/CBS |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI/CBS |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI/CBS |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI/CBS |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI/CBS |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI/CBS |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI/CBS |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI/CBS |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI/CBS |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI/CBS |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI/CBS |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI/CBS |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI/CBS |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI/CBS |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI/CBS |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI/CBS |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI/CBS |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI/CBS |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI/CBS |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI/CBS |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI/CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI/CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI/CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI/CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI/CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI/CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI/CBS |

| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI/CBS |
|---|---|---|
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI/CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI/CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI/CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI/CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI/CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI/CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI/CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI/CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI/CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI/CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI/CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI/CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI/CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI/CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI/CBS |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |

| | | |
|---|---|---|
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-612-161 | TWO AND A HALF MEN: Pilot | WBEI |
| PA 1-612-148 | TWO AND A HALF MEN: Alan Harper, Frontier Chiropractor | WBEI |
| PA 1-612-137 | TWO AND A HALF MEN: Ate The Hamburgers, Wearing The Hat | WBEI |
| PA 1-612-145 | TWO AND A HALF MEN: Big Flappy Bastards | WBEI |
| PA 1-612-157 | TWO AND A HALF MEN: Camel Filters And Pheremones | WBEI |
| PA 1-612-151 | TWO AND A HALF MEN: Can You Feel My Finger? | WBEI |
| PA 1-612-130 | TWO AND A HALF MEN: Did You Check With The Captain Of The Flying Monkeys? | WBEI |

| | | |
|---|---|---|
| PA 1-612-125 | TWO AND A HALF MEN: Go East On Sunset Until You Reach The Gates Of Hell | WBEI |
| PA 1-612-127 | TWO AND A HALF MEN: Hey, I Can Pee Outside In The Dark | WBEI |
| PA 1-612-150 | TWO AND A HALF MEN: I Can't Afford Hyenas | WBEI |
| PA 1-612-147 | TWO AND A HALF MEN: If I Can't Write My Chocolate Song, I'm Going To Take A Nap | WBEI |
| PA 1-612-133 | TWO AND A HALF MEN: If They Do Go Either Way They're Usually Fake | WBEI |
| PA 1-612-158 | TWO AND A HALF MEN: I Remember The Coat Room, I Just Don't Remember You | WBEI |
| PA 1-612-160 | TWO AND A HALF MEN: Just Like Buffalo | WBEI |
| PA 1-612-131 | TWO AND A HALF MEN: Last Thing You Want Is To Wind Up With A Hump | WBEI |
| PA 1-612-126 | TWO AND A HALF MEN: Merry Thanksgiving | WBEI |
| PA 1-612-138 | TWO AND A HALF MEN: My Doctor Has A Cow Puppet | WBEI |
| PA 1-612-144 | TWO AND A HALF MEN: No Sniffing, No Wowing | WBEI |
| PA 1-612-143 | TWO AND A HALF MEN: An Old Flame With A New Wick | WBEI |
| PA 1-612-123 | TWO AND A HALF MEN: Phase One, Complete | WBEI |
| Pa 1-612-153 | TWO AND A HALF MEN: Round One To The Hot Crazy Chick | WBEI |
| PA 1-612-149 | Two And A Half Men: Sarah Like Puny Alan | WBEI |
| PA 1-612-134 | TWO AND A HALF MEN: That Was Saliva, Alan | WBEI |
| PA 1-612-124 | TWO AND A HALF MEN: Twenty-Five Little Pre-Pubers Without A Snoot-Full | WBEI |
| PA 1-742-437 | TWO AND A HALF MEN: Back Off Mary Poppins | WBEI |
| PA 1-742-529 | TWO AND A HALF MEN: Enjoy those Garlic Balls | WBEI |
| PA 1-742-389 | TWO AND A HALF MEN: A Bag Full of Jawea | WBEI |
| PA 1-823-373 | TWO AND A HALF MEN: Go Get Mommy's Bra | WBEI |
| PA 1-742-557 | TWO AND A HALF MEN: Bad News from the Clinic | WBEI |
| PA 1-742-571 | TWO AND A HALF MEN: The Price of Healthy Gums is Eternal Vigilance | WBEI |
| PA 1-742-468 | TWO AND A HALF MEN: A Kosher Slaughterhouse Out in Fontana | WBEI |
| PA 1-742-411 | TWO AND A HALF MEN: Frankenstein and the Horny Villagers | WBEI |
| PA 1-742-548 | TWO AND A HALF MEN: Yes, Monsignor | WBEI |
| PA 1-742-509 | TWO AND A HALF MEN: The Salmon Under My Sweater | WBEI |
| PA 1-742-592 | TWO AND A HALF MEN: Last Chance to See Those Tattoos | WBEI |
| PA 1-742-587 | TWO AND A HALF MEN: A Lung Full of Alan | WBEI |
| PA 1-742-579 | TWO AND A HALF MEN: Zejdz z Zmoich Wlosow (Get Off My Hair) | WBEI |

| | | |
|---|---|---|
| PA 1-742-487 | TWO AND A HALF MEN: Those Big Pink Things with Coconut | WBEI |
| PA 1-742-456 | TWO AND A HALF MEN: Smell the Umbrella Stand | WBEI |
| PA 1-743-812 | TWO AND A HALF MEN: Can You Eat Human Flesh with Wooden Teeth? | WBEI |
| PA 1-742-554 | TWO AND A HALF MEN: Woo-Hoo, a Hernia-Exam! | WBEI |
| PA 1-742-460 | TWO AND A HALF MEN: It was Mame, Mom | WBEI |
| PA 1-742-433 | TWO AND A HALF MEN: A Low, Guttural Tongue-Flapping Noise | WBEI |
| PA 1-742-526 | TWO AND A HALF MEN: I Always Wanted to Shave a Monkey | WBEI |
| PA 1-742-575 | TWO AND A HALF MEN: A Sympathetic Crotch to Cry On | WBEI |
| PA 1-742-544 | TWO AND A HALF MEN: That Old Hose Bag is My Mother | WBEI |
| PA 1-742-408 | TWO AND A HALF MEN: Squab, Squab, Squab, Squab, Squab | WBEI |
| PA 1-742-450 | TWO AND A HALF MEN: Does this Smell Funny to You? | WBEI |
| PA 1-621-844 | TWO AND A HALF MEN: Weekend in Bangkok with Two Olympic Gymnasts | WBEI |
| PA 1-621-843 | TWO AND A HALF MEN: Principal Gallagher's Lesbian Lover | WBEI |
| PA 1-621-852 | TWO AND A HALF MEN: Carpet Burns and a Bite Mark | WBEI |
| PA 1-621-847 | TWO AND A HALF MEN: Your Dismissive Attitude Toward Boobs | WBEI |
| PA 1-621-846 | TWO AND A HALF MEN: We Called It Mr. Pinky | WBEI |
| PA 1-621-853 | TWO AND A HALF MEN: Hi, Mr. Horned One | WBEI |
| PA 1-621-850 | TWO AND A HALF MEN: Sleep Tight, Puddin' Pop | WBEI |
| PA 1-621-855 | TWO AND A HALF MEN: That Voodoo That I Do Do | WBEI |
| PA 1-621-845 | TWO AND A HALF MEN: Madame and Her Special Friend | WBEI |
| PA 1-621-848 | TWO AND A HALF MEN: Something Salted and Twisted | WBEI |
| PA 1-621-851 | TWO AND A HALF MEN: Santa's Village of the Damned | WBEI |
| PA 1-621-800 | TWO AND A HALF MEN: That Special Tug | WBEI |
| PA 1-621-792 | TWO AND A HALF MEN: Humiliation is a Visual Medium | WBEI |
| PA 1-621-795 | TWO AND A HALF MEN: Love Isn't Blind, It's Retarded | WBEI |
| PA 1-621-804 | TWO AND A HALF MEN: My Tongue is Meat | WBEI |
| PA 1-622-018 | TWO AND A HALF MEN: Ergo, the Booty Call | WBEI |
| PA 1-621-813 | TWO AND A HALF MEN: The Unfortunate Little Schnauzer | WBEI |

| | | |
|---|---|---|
| PA 1-621-809 | TWO AND A HALF MEN: The Spit-Covered Cobbler | WBEI |
| PA 1-621-811 | TWO AND A HALF MEN: Golly Moses, She's a Muffin | WBEI |
| PA 1-621-790 | TWO AND A HALF MEN: Always a Bridesmaid, Never a Burro | WBEI |
| PA 1-621-789 | TWO AND A HALF MEN: And the Plot Moistens | WBEI |
| PA 1-621-806 | TWO AND A HALF MEN: Just Once with Aunt Sophie | WBEI |
| PA 1-621-854 | TWO AND A HALF MEN: Arguments for the Quickie | WBEI |
| PA 1-621-807 | TWO AND A HALF MEN: The Pistol-Packin' Hermaphrodite | WBEI |
| PA 1-749-395 | TWO AND A HALF MEN: Working for Caligula | WBEI |
| PA 1-749-389 | TWO AND A HALF MEN: Who's Vod Kanuckers | WBEI |
| PA 1-749-384 | TWO AND A HALF MEN: The Sea is a Harsh Mistress | WBEI |
| PA 1-749-390 | TWO AND A HALF MEN: A Pot Smoking Monkey | WBEI |
| PA 1-749-391 | TWO AND A HALF MEN: A Live Woman of Proven Fertility | WBEI |
| PA 1-749-392 | TWO AND A HALF MEN: Apologies for the Frivolity | WBEI |
| PA 1-749-374 | TWO AND A HALF MEN: Repeated Blows to His Unformed Head | WBEI |
| PA 1-749-375 | TWO AND A HALF MEN: Release the Dogs | WBEI |
| PA 1-749-383 | TWO AND A HALF MEN: Corey's Been Dead for an Hour | WBEI |
| PA 1-749-379 | TWO AND A HALF MEN: Kissing Abraham Lincoln | WBEI |
| PA 1-749-380 | TWO AND A HALF MEN: Walnuts and Demerol | WBEI |
| PA 1-749-382 | TWO AND A HALF MEN: Castrating Sheep in Montana | WBEI |
| PA 1-749-377 | TWO AND A HALF MEN: Don't Worry, Speed Racer | WBEI |
| PA 1-749-396 | TWO AND A HALF MEN: That's Summer Sausage, Not Salami | WBEI |
| PA 1-749-376 | TWO AND A HALF MEN: My Damn Stalker | WBEI |
| PA 1-749-398 | TWO AND A HALF MEN: Young People Have Phlegm Too | WBEI |
| PA 1-749-385 | TWO AND A HALF MEN: I Merely Slept with a Commie | WBEI |
| PA 1-749-386 | TWO AND A HALF MEN: It Never Rains in Hooterville | WBEI |
| PA 1-749-387 | TWO AND A HALF MEN: Smooth as a Ken Doll | WBEI |
| PA 1-749-388 | TWO AND A HALF MEN: Aunt Myra Doesn't Pee a Lot | WBEI |
| PA 1-749-373 | TWO AND A HALF MEN: Tucked, Taped and Gorgeous | WBEI |
| PA 1-749-372 | TWO AND A HALF MEN: Mr. McGlue's Feedbag | WBEI |
| PA 1-749-371 | TWO AND A HALF MEN: Anteaters. They're Just Crazy Lookin' | WBEI |
| PA 1-749-378 | TWO AND A HALF MEN: Prostitutes and Gelato | WBEI |
| PA 1-611-529 | TWO AND A HALF MEN: Waiting for the Right Snapper | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |

| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
|---|---|---|
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |
| PA 1-758-322 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
| PA 1-758-666 | TWO AND A HALF MEN: It's Always Nazi Week | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |
| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |
| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |